IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Willie Mae Curtis, | ) Civil Action No.: 4:13-3393-BHH |
|                Plaintiff, | ) |
| v. | ) **ORDER** |
| Carolyn W. Colvin, Acting Commission of Social Security | ) |
|                Defendant. | ) |

Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security moves pursuant to sentence four of 42 U.S.C. § 405(g) for an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff does not oppose Defendant's motion. Upon consideration, Defendant's motion is GRANTED. The Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g)[1], and REMANDS the case to the Commissioner for further administrative proceedings.

On remand, the ALJ should specifically: (1) explicitly discuss evidence of a vaco-occlusive crisis in December 2011 (Exhibit 26F at 13), evidence of a vaco-occlusive crisis and hermolytic crisis in November 2011, where pain was noted (Exhibit 26F at 9), and a December 2011 treatment note stating that plaintiff had already been seen twice that month (Exhibit 26F at 12). If the ALJ finds that plaintiff has received only conservative treatment, then the ALJ will discuss what treatment for sickle cell disease would have been more intensive that plaintiff did not receive; (2) offer the Plaintiff an opportunity to submit new evidence; (3) reassess Plaintiff's residual functional capacity on the updated record, making a specific finding on how often Plaintiff would miss work

---

[1] The Clerk of Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

given the intermittent flares of the sickle cell disease, (4) obtain supplemental evidence from a vocational expert, and (5) issue a new decision.

**AND IT IS SO ORDERED.**

/s/ Bruce Howe Hendricks
United States District Judge

August 21, 2014
Greenville, South Carolina